| | |
|---|---|
| 1 | Mathew K. Higbee, Esq. SBN 241380 |
| | Ryan E. Carreon, Esq., SBN 311668 |
| 2 | **HIGBEE & ASSOCIATES** |
| | 1504 Brookhollow Dr., Suite 112 |
| 3 | Santa Ana, CA 92705 |
| | (714) 617-8373 |
| 4 | (714) 597-6559 facsimile |
| | Email: mhigbee@higbeeassociates.com |
| 5 | rcarreon@higbeeassociates.com |
| 6 | *Attorneys for Plaintiff,* |
| 7 | ROBERT MILLER |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILLER<br><br>        Plaintiff,<br><br>v.<br><br>GATE CHINA, INC.; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. **3:22-cv-4246**<br><br>**CERTIFICATE OF INTERESTED ENTITIES** |

Plaintiff Robert Miller, by and through his undersigned counsel hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1.   Robert Miller, Plaintiff;

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

Plaintiff reserves the right to amend, correct and update this Disclosure Statement throughout the pendency of this action.

| | | |
|---|---|---|
| Dated: | July 21, 2022 | Respectfully submitted, |

**s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8358
(714) 597-6559 facsimile
*Attorney for Plaintiff*